RECEIVED

MAR 2 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALBERT K. ALEXANDER | CIVIL ACTION NO. 6:12-cv-3151 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| CHIEF JIM CRAFT, ET AL. | MAGISTRATE JUDGE C. MICHAEL HILL |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** this complaint is **DISMISSED WITHOUT PREJUDICE** as duplicative and malicious under 28 U.S.C. § 1915(e)(2)(B)(i).

**The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26 day of March, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE